## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:12-cv-06332

SHAUN GAYLE

v.

NATIONAL FOOTBALL LEAGUE, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

SHAUN GAYLE

| | |
|---|---|
| NAME (Type or print) <br> PAUL L. SALZETTA | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul L. Salzetta | |
| FIRM <br> WINTERS ENRIGHT SALZETTA & O'BRIEN, L.L.C. | |
| STREET ADDRESS <br> 111 West Washington Street, Suite 1200 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6186992 | TELEPHONE NUMBER <br> (312) 236-6324 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL            APPOINTED COUNSEL | |