## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number:    1:12-cv-06332

SHAUN GAYLE

v.

NATIONAL FOOTBALL LEAGUE, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

SHAUN GAYLE

| | |
|---|---|
| **NAME (Type or print)** <br> DANIEL E. O'BRIEN | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** <br> s/ Daniel E. O'Brien | |
| **FIRM** <br> WINTERS ENRIGHT SALZETTA & O'BRIEN, L.L.C. | |
| **STREET ADDRESS** <br> 111 West Washington Street, Suite 1200 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6211388 | **TELEPHONE NUMBER** <br> (312) 236-6324 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?** (Enter "Y" or "N") | N |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?** (Enter "Y" or "N") | N |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?** (Enter "Y" or "N") | Y |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** (Enter "Y" or "N") | N |
| **IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.** <br> RETAINED COUNSEL      APPOINTED COUNSEL | |